IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelble, Robert E

Printed: 4/15/08

Case Number: 04 B 09407
Judge: Wedoff, Eugene R

Filed: 3/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 28, 2007
Confirmed: May 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,009.00 |  |
| Secured: |  | 16,094.30 |
| Unsecured: |  | 1,779.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 1,034.41 |
| Other Funds: |  | 0.59 |
| Totals: | 21,009.00 | 21,009.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,100.00 | 2,100.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Bank Of America | Secured | 14,903.30 | 14,903.30 |
| 4. | Sudler & Company | Secured | 1,191.00 | 1,191.00 |
| 5. | ECast Settlement Corp | Unsecured | 1,025.45 | 1,025.45 |
| 6. | Portfolio Recovery Associates | Unsecured | 754.25 | 754.25 |
| 7. | Orchard Bank | Unsecured |  | No Claim Filed |
| 8. | University of Illinois | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,974.00 | $ 19,974.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 107.00 |
| 6.5% | 259.48 |
| 3% | 48.15 |
| 5.5% | 235.40 |
| 5% | 106.99 |
| 4.8% | 154.09 |
| 5.4% | 123.30 |
|  | _____ |
|  | $ 1,034.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Kelble, Robert E | Case Number:  04 B 09407 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/15/08 | Filed:  3/10/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

